Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Jesus Gaspar.

*E-FILED - 12/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GASPAR,<br><br>    Petitioner,<br><br>v.<br><br>LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL.,<br><br>    Respondents. | No.    C-07-2905 RMW<br><br>STIPULATED DISMISSAL OF ACTION WITHOUT PREJUDICE AND [] ORDER |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, pursuant to the approval of the Court, to dismissal of Petitioner's habeas petition without prejudice. Subsequent to the filing of his habeas, Respondents released Mr. Gaspar from their custody.

On August 2, 2007, counsel for Mr. Gaspar communicated with Assistant U.S. Attorney Edward A. Olsen about this case, who confirmed that voluntary dismissal of Mr. Gaspar's habeas petition, without prejudice, is appropriate. Each of the parties shall bear their own costs and fees.

WHEREFORE, the parties request that the Court dismiss this action without prejudice.

| | | |
|---|---|---|
| DATED: August 2, 2007 | | /s/ |

Robert B. Jobe[1]
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Petitioner

DATED: August 2, 2007         Scott N. Schools
United States Attorney

/s/

Edward A. Olsen
Assistant U.S. Attorney

Attorneys for Respondents

## [] ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Petitioner's motion for dismissal of the action without prejudice be granted.

DATED: 12/20/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Robert B. Jobe, attest that both Edward A. Olsen and I have signed this stipulation.

STIPULATED DISMISSAL OF ACTION WITHOUT PREJUDICE AND [] ORDER
C 07-2905 RMW